IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  17-37472 |
| Natasha L Norris | ) | Chapter 13 |
| | ) | Judge:  Janet S. Baer |
| Debtor(s) | ) | |

## NOTICE OF WITHDRAWAL

TO:  Trustee Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532 *via ECF clerk's electronic delivery system*

Office of United States Trustee, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Chicago IL 60604 *via Certified Mail*

Natasha L Norris, 1119 Windemere Lane Aurora, IL 60504 *via U.S. Mail*

D. Patrick Mullarkey, Tax Division, (DOJ) Ben Franklin Station, P.O. Box 55, Washington, DC 20044 *via U.S. Mail*

Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101 *via U.S. Mail*

Internal Revenue Service, P.O. Box 21126, Philadelphia Street, PA 19114 *via U.S. Mail*

Internal Revenue Service, Mail Stop 5010 CHI, 230 S. Dearborn Street, Chicago IL 60604 *via U.S. Mail*

Associate Area Counsel, SB/SE. 200 West Adams Street, Suite 2300, Chicago IL 60606 *via U.S. Mail*

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago IL 60602 *via U.S. Mail*

Marietta Dobbins, Bankruptcy Specialist, Internal Revenue Service, 1240 E 9th St, Room 493 Cleveland OH 44199 *via U.S. Mail*

PLEASE TAKE NOTICE that the Objection to Claim(s) 2 of Internal Revenue Service that was to be heard on **July 6, 2018 at 9:30 am** before the Honorable Judge Janet S. Baer at the Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 is withdrawn.

By:   /s/ *David H. Cutler*
      David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on June 4, 2018 before the hour of 5:00 p.m.

By:   /s/ David H. Cutler
      David H. Cutler, esq.
      Counsel for Debtor(s)
      Cutler & Associates, Ltd.
      4131 Main St. Skokie, IL 60076
      Phone: (847) 673-8600