.

Aaron Sales & Lease
309 E Paces Ferry Rd Ne
Atlanta, GA 30305


Bank of America
PO Box 26078
Greensboro, NC 27420


Bridgecrest Credit Company, LLC
Attention: Bankruptcy
4020 E Indian School Rd
Phoenix, AZ 85018


Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Bank
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


ComEd
PO Box 6111
Carol Stream, IL 60197


Cybrcollect
3 Easton Oval Ste 210
Columbus, OH 43219


Diversified Consultants, Inc.
Diversified Consultants, Inc.
Po Box 551268
Jacksonville, FL 32255


FedLoan Servicing
Attention: Bankruptcy
Po Box 69184
Harrisburg, PA 17106


Foxvalley Villages
710 S Eola Rd
Aurora, IL 60504

Heights Finance Co-327
2168 S 22nd St
Lafayette, IN 47905


I C System Inc
Po Box 64378
Saint Paul, MN 55164


Internal Revenue Service - 1/11
PO Box 7346
Philadelphia, PA 19101-7346


Northwest Collectors
3601 Algonquin Rd  Ste 232
Rolling Meadows, IL 60008


Prestige Financial Services
Attn: Bankruptcy
1420 South 500 West
Salt Lake City, UT 84115


Rgs Financial
1700 Jay Ell Dr  Ste 200 Ste
Richardson, TX 75081


US Bank
PO Box 108
Saint Louis, MO 63166


Verizon
Attn: Wireless Bankrupty Admin
500 Technology Dr Ste 500
Weldon Springs, MO 63304